February 23, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

THE CITY OF HOUSTON, Appellant

NO. 14-11-00648-CV                     V.

PRINCESS ELAINE STEWART, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Princess Elaine Stewart, signed July 21, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, The City of Houston, to pay all costs incurred in this appeal. We further order this decision certified below for observance.